UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN K. BOULB,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 24-cv-2684-JPG
Crim No. 12-cr-40097-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Brian K. Boulb's motions for a protective order to preserve his health and safety in prison (Doc. 4) and to allow media coverage (Doc. 5).

In his motion for a protective order, Boulb complains of his prison conditions and asks the Court for an order to protect his health and safety while he is incarcerated. This type of relief is not available under 18 U.S.C. § 2255. Such a request is appropriately addressed in a civil suit for violation of his civil rights. The Court **DENIES** the motion (Doc. 4).

As for Boulb's motion to allow media coverage, the Court **DENIES** the motion **as moot** (Doc. 5). The media is free to consult the public file in this case and needs no Court order to do so. As for media contact with Boulb in prison, the Court leaves such matters to the warden of the institution in which Boulb is confined. Should Boulb feel his constitutional rights have been violated by the warden's decisions in such matters, he may bring that claim as well in a civil suit for violation of his civil rights.

The Court **DIRECTS** the Clerk's Office to send Boulb a blank Civil Complaint for Civil Rights Violation or Other Civil Claims by a Person in Custody.

The Court further reminds Boulb that he has up to and including January 31, 2025, to file

2

an amended § 2255 motion articulating the basis of his challenge to his 2024 revocation sentence, if he is in fact challenging that sentence.

**IT IS SO ORDERED.**
**Dated: January 8, 2025**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
