UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN K. BOULB,<br><br>   Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | Civil No. 24-cv-2684-JPG<br>Crim No. 12-cr-40097-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that, to the extent petitioner Brian K. Boulb's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 challenges his 2013 conviction in No. 12-cr-40097-JPG, the motion is dismissed without prejudice for lack of jurisdiction;

IT IS FURTHER ORDERED AND ADJUDGED that, to the extent petitioner Brian K. Boulb's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 challenges his 2024 revocation of supervised release in No. 12-cr-40097-JPG, the motion is dismissed without prejudice.

**DATED: April 9, 2025**              MONICA A. STUMP, Clerk of Court

                                                           **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**